# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:13-00125 |
| | ) JUDGE SHARP |
| MAX P. ANDOLSEK | ) |

## O R D E R

The sentencing hearing scheduled for Tuesday, October 14, 2014, at 1:30 p.m. is hereby continued. The Court will instead hold a status conference for the same day and time.

It is so ORDERED.

*Kevin H. Sharp*
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE