UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00125 |
| | ) | JUDGE SHARP |
| MAX P. ANDOLSEK | ) | |

## O R D E R

The hearing scheduled for October 28, 2014, is hereby continued. A status conference is scheduled for Monday, December 22, 2014, at 10:00 a.m.

It is so ORDERED.

*(signature)*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE